IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERVIN J. HORTON,

    Plaintiff,

v.                                           4:89cv40216–WS/CAS

RANDALL A. HAND, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 142) docketed October 13, 2017. The magistrate judge recommends that Plaintiff's Rule 60 motion for relief from judgment be denied. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 142) is

ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion (doc. 138) for relief from judgment is DENIED.

DONE AND ORDERED this __14th__ day of __November__, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE